## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:

GWENDOLYN V. THOMAS                          Case No.: 17-13968-RAM
SSN:  XXX-XX-3226                            Chapter 13

_____Debtor_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW, the Debtor, GWENDOLYN V. THOMAS, by and through undersigned counsel and files this Motion to Modify Confirmed Chapter 13 Plan and states as follows:

1. The Debtor filed a Chapter 13 Bankruptcy on March 31, 2017.

2. An Order Approving the Debtor's Sixth Modified Plan was entered on February 28, 2019 [D.E. 130].

3. The Debtor wishes to modify the plan to come current with the plan payments.

WHEREFORE, the Debtor, GWENDOLYN V. THOMAS, respectfully requests that this Court grant the Debtor's motion to modify her Confirmed Chapter 13 plan and grant such other relief as this Court may deem just and equitable under the circumstances.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via Regular U.S. Mail to all parties on the attached service list and via CM/ECF to Nancy K. Neidich, Chapter 13 Trustee, this 20th day of March 2020.

*CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)*

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way ▪ Miami, Florida 33145-2960
WWW.MIAMIBANKRUPTCY.COM
Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542

/s/ Timothy S. Kingcade, Esq.
x  Timothy S. Kingcade, Esq., FBN 082309
☐  Jessica L. McMaken, Esq., FBN 580163

Label Matrix for local noticing
113C-1
Case 17-13968-RAM
Southern District of Florida
Miami
Tue Oct 15 16:23:57 EDT 2019

Miami-Dade County Tax Collector
200 N.W. 2 Avenue, Suite 430
Miami, FL 33128-1733

Miami-Dade County Tax Collector
Paralegal Unit
200 NW 2 Avenue
Attn:  Pablo Lugo
Miami, FL 33128-1735

Ocean Bank
c/o Michael R. Carroll, Esq
780 NW 42 Ave #500
Miami, FL 33126-5543

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

AT&T Corp
% AT&T Services, Inc.
Karen Cavagnaro, Esq.
One AT&T Way, Suite 3A104
Bedminster, NJ 07921-2693

Allen & Asoc
147 Willis Avenue
Mineola, NY 11501-2634

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK  73124-8848

Bayview Financial Loan
4425 Ponce De Leon Blvd
Coral Gables, FL 33146-1873

Bayview Financial Loan
Attn: Customer Service Dept
4425 Ponce De Leon Blvd, 5th Floor
Miami, FL 33146-1873

Cara A. Hinchliffe
4 Heatherstone Lane
Savannah, GA 31411-2554

Cfm Group
2110 Powers Ferry Road
Atlanta, GA 30339-5048

Channing Rogers
4 Heatherstone Lane
Savannah, GA 31411-2554

Chase Card
Attn: Correspondence
Po Box 15298
Wilmington, DE 19850-5298

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Checksystems
7805 Hudson Rd
Saint Paul, MN 55125-1703

Child Support Enforcement
PO Box 8030
Tallahassee, FL 32314-8030

Credit Coll
PO Box 607
Norwood, MA 02062-0607

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Deutsche Bank National Trust
c/o Ocwen Loan Serviving, LLC
1661 Worthington Road, #100
West Palm Beach, FL 33409-6493

ERC/Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256-7412

Equifax
Po Box 740241
Atlanta, GA 30374-0241

Experian
Po Box 2002
Allen, TX 75013-2002

Florida Department Of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0100

Graham H And Joann R Hinchlife
4 Heathersone Lane
Savannah, GA 31411-2554

Graham H. Hinchliffe
4 Heatherstone Lane
Savannah, GA 31411-2554

IRS Centralized Bankruptcy Department
POB 7346
Philadelphia, PA 19101-7346

JPL Investment Corp
c/o Ocean Bank
780 NW 42 Anve, #411
Miami, FL 33126-5536

JPL Investments Corp
8724 SW 72 ST #283
Miami, FL 33173-3512

LVNV Funding, LLC its successors and assigns
assignee of MHC Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Marsha Cole
6321 NW 12th Ave #7
Miami, FL 33150-4280

Miami Dade County Tax Collector
200 NW 2nd Ave., #430
Miami, FL 33128-1733

Miami-Dade County Tax Collector
200 NW 2nd Avenue, Suite.430
Miami, FL 33128-1733

Morrs, Schnieider, Wittstadt
5110 Eisnhower Blvd, Ste 302 A
Miami, FL 33142

Morrs, Schnieider, Wittstadt
9409 Philadelphia Rd
Rosedale, MD 21237-4103

North American Bancard, LLC
250 Stephenson Hwy
Troy, MI 48083-1117

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Palmun Associates and Molly Levine
c/o Sheldon B Paley, Esq.
1497 NW 7th Street
Miami, FL 33125-3640

Real Time Resolutions
4909 Savarese Cir
Tampa, FL 33634-2413

Real Time Resolutions
Attn: Bankruptcy
Po Box 36655
Dallas, TX 75235-1655

TC 13 SUBSIDIARY LLC
WAPN AS CUSTODIAN FOR
P.O. Box 173017
Tampa, FL 33672-3017

TLGFY, LLC
PO Box 54347
New Orleans, LA 70154-4347

TLGY, LLC
c/o Capital One, N.A.
P.O. Box 54347
New Orleans, LA 70154-4347

Tax Collector
200 NW 2nd Ave
Miami, FL 33128-1733

Transunion
Po Box 1000
Chester, PA 19016-1000

ZEHN, LLC
c/o Citibank, N.A.
4747 Executive Drive, #510
San Diego, CA 92121-3100

Zehn LLC
4747 Executive Dr Ste. 510
San Diego, CA 92121-3100

Gwendolyn V Thomas
6023 NW 22 Ave
Miami, FL 33142-7805

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027-9806

Timothy S Kingcade Esq
1370 Coral Way
Miami, FL 33145-2960


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Department of the Treasury
Po Box  21126
Philadelphia, PA 19114


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

```
                        End of Label Matrix
                Mailable recipients      49
                Bypassed recipients       1
                Total                    50
```