UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ 10th _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Gwendolyn Thomas       JOINT DEBTOR: _____       CASE NO.: 17-13968-RAM

SS#: xxx-xx- 3226              SS#: xxx-xx-____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $687.72 for months 1 to 36 ;

2. $3,693.00 for months 37 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $8475.00 | Total Paid: | $5400.00 | Balance Due: | $3075.00 |
|---|---|---|---|---|---|
| Payable | $85.41 | /month (Months 1 to 36 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:

$ 3,500.00 (Attorney Fees) + $775.00 (Motion to Strip 2nd Mortgage) + $2,625.00 (50000 Motions to Modify) + $1,575.00 (3 Motions to Reinstate)

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Miami Dade County Tax Collector

   Address: 200 NW 2nd Avenue #430 Miami, FL 33128

   Arrearage/ Payoff on Petition Date  $4,544.50 ($2,982.73 @ 18%)

   Payoff (Including 0% monthly interest)  $35.96  /month (Months 1 to 36 )

   Payoff (Including 0% monthly interest)  $135.42  /month (Months 37 to 60 )

   Last 4 Digits of Account No.: 0420

   Other: _____

Debtor(s): Gwendolyn Thomas            Case number: 17-13968-RAM

☒ Real Property
   ☒ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
   ☐ Escrow is included in the regular payments
   ☒ The debtor(s) will pay ☒ taxes ☒ insurance directly

Address of Collateral:
6023 NW 22nd Avenue, Miami, FL 33142
2016 Property Taxes

☐ Personal Property/Vehicle

Description of Collateral: _____

2. Creditor: ZEHN, LLC

Address: c/o Citibank, N.A.
4747 Executive Drive, #510
San Diego, CA 92121

Arrearage/ Payoff on Petition Date  $3,414.94 ($3,016.00 @ 5%)
Payoff (Including 0% monthly interest)  $27.03  /month (Months 1 to 36)
Payoff (Including 0% monthly interest)  $101.75  /month (Months 37 to 60)

Last 4 Digits of Account No.: 9939

Other: _____

☒ Real Property
   ☒ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
   ☐ Escrow is included in the regular payments
   ☒ The debtor(s) will pay ☒ taxes ☒ insurance directly

Address of Collateral:
6023 NW 22nd Avenue, Miami, FL 33142
2015 Property Taxes

☐ Personal Property/Vehicle

Description of Collateral: _____

3. Creditor: TC 13 SUBSIDIARY, LLC

Address: WAPN as custodian
PO Box 173017
Tampa, FL 33672

Arrearage/ Payoff on Petition Date  $24,930.79 ($16,363.02 @ 18%)
Payoff (Including 0% monthly interest)  $201.75  /month (Months 1 to 36)
Payoff (Including 0% monthly interest)  $736.16  /month (Months 37 to 60)

Last 4 Digits of Account No.: 2861

Other: _____

☒ Real Property
   ☒ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
   ☐ Escrow is included in the regular payments
   ☒ The debtor(s) will pay ☒ taxes ☒ insurance directly

Address of Collateral:
6023 NW 22nd Avenue, Miami, FL 33142
2012, 2013, & 2014 Property Taxes

☐ Personal Property/Vehicle

Description of Collateral: _____

4. Creditor: Miami Dade County Tax Collector

Address: 200 NW 2nd Ave., #430
Miami, FL 33128

Arrearage/ Payoff on Petition Date  $2,304.68 ($1,512.65 @ 18%)
Payoff (Including 0% monthly interest)  $18.30  /month (Months 1 to 36)
Payoff (Including 0% monthly interest)  $68.58  /month (Months 37 to 60)

Last 4 Digits of Account No.: 0430

Debtor(s): Gwendolyn Thomas          Case number: 17-13968-RAM

Other: _____

■ Real Property                                  Check one below for Real Property:
   ☐ Principal Residence                        ☐ Escrow is included in the regular payments
   ■ Other Real Property                         ■ The debtor(s) will pay ■ taxes ■ insurance directly

Address of Collateral:
6001 NW 22nd Avenue, Miami, FL 33142
2016 Property Taxes

☐ Personal Property/Vehicle
Description of Collateral: _____

---

5. Creditor: Miami Dade County Property Tax Collector

Address: 200 NW 2nd Avenue #430, Miami, FL 33128

Arrearage/ Payoff on Petition Date    $2,726.13 ($1,789.26 @ 18%)
Payoff (Including 0% monthly interest)    $21.65    /month (Months 1 to 36)
Payoff (Including 0% monthly interest)    $81.12    /month (Months 37 to 60)

Last 4 Digits of Account No.: 0430

Other: _____

■ Real Property                                  Check one below for Real Property:
   ☐ Principal Residence                        ☐ Escrow is included in the regular payments
   ■ Other Real Property                         ■ The debtor(s) will pay ■ taxes ■ insurance directly

Address of Collateral:
6001 NW 22nd Avenue, Miami, FL 33142
2015 Property Taxes

☐ Personal Property/Vehicle
Description of Collateral: _____

---

6. Creditor: Miami Dade County Tax Collector

Address: 200 NW 2nd Avenue, #430, Miami, FL 33128

Arrearage/ Payoff on Petition Date    $2,979.79 ($1,955.75 @ 18%)
Payoff (Including 0% monthly interest)    $23.05    /month (Months 1 to 36)
Payoff (Including 0% monthly interest)    $89.59    /month (Months 37 to 60)

Last 4 Digits of Account No.: 0430

Other: _____

■ Real Property                                  Check one below for Real Property:
   ☐ Principal Residence                        ☐ Escrow is included in the regular payments
   ■ Other Real Property                         ■ The debtor(s) will pay ■ taxes ■ insurance directly

Address of Collateral:
6001 NW 22nd Avenue, Miami, FL 33142
2014 Property Taxes

☐ Personal Property/Vehicle
Description of Collateral: _____

---

7. Creditor: JPL Investment Corp.

Address: c/o Ocean Bank, 780 NW 42nd Avenue, #411, Miami, FL 33136

Arrearage/ Payoff on Petition Date    $30,740.44 ($20,176.11 @ 18%)
Payoff (Including 0% monthly interest)    $242.25    /month (Months 1 to 36)
Payoff (Including 0% monthly interest)    $917.48    /month (Months 37 to 60)

Debtor(s): Gwendolyn Thomas                Case number: 17-13968-RAM

| Last 4 Digits of Account No.: 3353 Other: | |
|---|---|
| ☒ Real Property<br>☐ Principal Residence<br>☒ Other Real Property | Check one below for Real Property:<br>☐ Escrow is included in the regular payments<br>☒ The debtor(s) will pay ☒ taxes ☒ insurance directly |
| Address of Collateral:<br>6001 NW 22nd Avenue, Miami, FL 33142<br>2009, 2010, 2011, 2012, 2013 Property Taxes | |
| ☐ Personal Property/Vehicle | |
| Description of Collateral: | |

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:** ☐ NONE

| 1. Creditor: Palmun Associates and Molly Levine<br>Address: c/o Sheldon B. Paley, Esq.<br>1497 NW 7th Street<br>Miami, FL 33125<br>Last 4 Digits of Account No.: 3226<br>Real Property<br>☒ Principal Residence<br>☐ Other Real Property<br>Address of Collateral:<br>6023 NW 22nd Avenue, Miami, FL 33142 | Value of Collateral:    $0.00<br>Amount of Creditor's Lien:  $39,144.00<br>Interest Rate:   0.00%<br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☒ The debtor(s) will pay<br>☒ taxes  ☒ insurance directly | **Payment**<br>Total paid in plan:   $0.00<br><br>$0.00 /month (Months 1 to 60) |
|---|---|---|

**2. VEHICLES(S):** ☒ NONE

**3. PERSONAL PROPERTY:** ☒ NONE

**C. LIEN AVOIDANCE** ☒ NONE

**D. SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☒ NONE

**E. DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|
| 1. Graham H and Joann R Hinchlife | 3226 | 6023 NW 22nd Avenue, Miami, FL 33142<br>6001 NW 22nd Avenue, Miami, FL 33142 |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

**A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

**B. INTERNAL REVENUE SERVICE:** ☒ NONE

Debtor(s): Gwendolyn Thomas        Case number: 17-13968-RAM

C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

    A. Pay _____$0.00_____ /month (Months _1_ to _36_ )

       Pay _____$1,193.60_____ /month (Months _37_ to _60_ )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    C. **SEPARATELY CLASSIFIED:** ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

    ■ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

    ■ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

VIII. **NON-STANDARD PLAN PROVISIONS** ■ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Gwendolyn Thomas_ Debtor     3/20/20 Date                    Joint Debtor _____ Date

Gwendolyn Thomas

_____     _____
Attorney with permission to sign on     Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**