Gwendolyn V. Thomas
#786-486-2895
May 23, 2022

# Motion to Reinstate

FILED-USBC, FLS-MIA
'22 MAY 23 PM 4:00

A misunderstanding not the Delinquents but other Payment that need to be included. I thought I was current with the Delinquency I got understanding from account person How it works. I been calling to make sure each delinquency was paid every week. Only when I receive letter I was explained what happen. Thank you kindly